IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**07 – CV – 0 2 2 7 6**-ΒΝΒ

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____

OCT 2 6 2007

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GREGORY C. LANGHAM
CLERK

DEBRA WILLIAMS, a.k.a. MARGARET McCARTHY,

Applicant,

v.

ARI ZAVARAS - EXECUTIVE DIRECTOR OF CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ

of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Applicant will be directed to cure the

following if she wishes to pursue her claims. Any papers which the Applicant files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   _      is missing affidavit
(3)   X     is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing (<u>Account statement submitted is</u>

not certified by a prison official)

(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:_____.

**Complaint, Petition or Application**:

(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

2

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _26th_ day of _October_ , 2007.

BY THE COURT:

_Boyd N Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.    **07 - CV - 02276** ~DNB~

Debra Williams
a/k/a Margaret McCarthy
Prisoner No. 117008
DWCF
PO Box 392005
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __10/26/07__

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk