IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 07-cv-02276-WYD

DEBRA WILLIAMS, aka
MARGARET MCCARTHY,

    Applicant,

v.

ARI ZAVARAS - Executive Director of CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

    Applicant, Debra Williams, also known as Margaret McCarthy, is a prisoner in the custody of the Colorado Department of Corrections at the Denver Women's Correctional Facility. She has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer, and Ms. Williams has filed a traverse.

    I find that the state court record may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this court the complete record of Ms. Williams' trial in Denver District Court Case No. 00CR2464. Accordingly, it is

    ORDERED that Respondents shall provide to this court **within twenty (20) days from the date of this order** the complete record of Ms. Williams' trial in Denver District Court Case No. 00CR2464. It is

FURTHER ORDERED that the clerk of the Denver District Court produce the records as described in this order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the clerk of this Court send a copy of this order to both parties and to the clerk of the Denver District Court, 1437 Bannock Street, Room 256, Denver, CO 80202.

Dated:  May 26, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge