IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02276-WYD

DEBRA WILLIAMS a/k/a MARGARET MCCARTHY,

    Applicant,

v.

ARI ZAVARAS, Executive Director of CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

ORDER FOR SUPPLEMENT TO AND CLARIFICATION OF STATE COURT RECORD

    It has come to my attention that the state court record of the trial of the applicant, Debra Williams, also known as Margaret McCarthy, in Denver District Court Case No. 00CR2464, submitted by the Denver District Court in the form of one volume of documents numbered from 1 through 393, bound only by a rubber band, and 4 envelopes of sealed and confidential filings, appears to be incomplete. No transcripts were included as part of the record. The record submitted also lacks any references to volumes of the trial record. However, the respondents in their answer (document #15) cite extensively to the state court trial record by volume, including to what appear to be transcripts.

    Therefore, the respondents will be directed to file by September 2, 2009, an index of volumes that clarifies the currently submitted trial record, specifically the documents numbered from 1 through 393, which appear to be two volumes, not one, as

well as the missing volumes to be submitted.  The index must correspond with the volumes cited in the answer.  Respondents also will be responsible for ensuring that the missing volumes of the state record, including transcripts, are submitted to the court by September 2, 2009.  Accordingly, it is

ORDERED that the respondents shall comply with the directives of this order **by September 2, 2009**.  It is

FURTHER ORDERED that the clerk of this Court send a copy of this order to both parties and to the clerk of the Denver District Court, 1437 Bannock Street, Room 256, Denver, CO 80202.

Dated:  August 26, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge