**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   07-cv-02276-WYD

DEBRA WILLIAMS a/k/a MARGARET MCCARTHY,

    Applicant,

vs.

ARI ZAVARAS, Executive Director of CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this <u>12th</u> day of April, 2011.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02276 WYD

District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Debra Williams
# 117008
Denver Women's Correctional Facility
(DWCF)
P.O. Box 392005
Denver, CO 80239

Melissa D. Allen - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  4/12/11  .

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk